UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

24-20223-CR-BLOOM/ELFENBEIN

CASE NO. _____

8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(B)(iv)
8 U.S.C. § 1324(a)(1)(A)(iv)
8 U.S.C. § 1324(a)(1)(A)(v)(II)
8 U.S.C. § 1324(a)(1)(A)(i)
8 U.S.C. § 1324(a)(2)(B)(ii)
18 U.S.C. § 982(a)(6)

FILED BY ____MP____ D.C.

May 30, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

YAQULELIN DOMINGUEZ-NIEVES,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Encourage and Induce Aliens to Enter the United States and to Bring Aliens into the United States
### (8 U.S.C. § 1324(a)(1)(A)(v)(I))

From a date unknown to the Grand Jury, through on or about November 16, 2022, in Miami-Dade and Highlands Counties, in the Southern District of Florida, and elsewhere, the defendant,

**YAQULELIN DOMINGUEZ-NIEVES,**

did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to commit offenses against the United States, that is:

    a.    to encourage and induce an alien to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is

and will be a violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv); and

    b.    to knowingly bring and attempt to bring to the United States an alien, knowing that said person was an alien, at a place other than a designated port of entry and place other than as designated by the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

Pursuant to Title 8, United States Code, Sections 1324(a)(1)(B)(i) and (a)(1)(B)(iv), it is further alleged that the offense was done for the purpose of commercial advantage and private financial gain and resulted in the death of any person.

## COUNTS 2-4
### Encouraging and Inducing Aliens to Enter the United States
### (8 U.S.C. § 1324(a)(1)(A)(iv))

From a date unknown to the Grand Jury, through on or about November 16, 2022, in Miami-Dade and Highlands Counties, in the Southern District of Florida, and elsewhere, the defendant,

**YAQULELIN DOMINGUEZ-NIEVES,**

did knowingly encourage and induce an alien, as set forth in Counts 2 through 4 below, to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law:

| Count | Alien |
|-------|-------|
| 2 | A.V.A. |
| 3 | S.C.N. |
| 4 | D.A.V.C. |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (a)(1)(A)(v)(II), and Title 18, United States Code, Section 2.

Pursuant to Title 8, United States Code, Sections 1324(a)(1)(B)(i) and (a)(1)(B)(iv), it is further alleged that the offense was done for the purpose of commercial advantage and private financial gain and resulted in the death of any person.

**COUNTS 5–7**
**Attempt to Bring Aliens into the United States**
**(8 U.S.C. § 1324(a)(1)(A)(i))**

On or about November 16, 2022, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Highlands County, in the Southern District of Florida, being the district in which the defendant was last known to reside, the defendant,

**YAQULELIN DOMINGUEZ-NIEVES,**

knowing that a person was an alien, did knowingly bring and attempt to bring to the United States an alien, as set forth in Counts 5 through 7 below, at a place other than a designated port of entry and place other than as designated by the Secretary of Homeland Security, regardless of whether such alien has received prior authorization to come to, enter, and reside in the United States and regardless of any future official action which may be taken which respect to such alien:

| Count | Alien |
|---|---|
| 5 | A.V.A. |
| 6 | S.C.N. |
| 7 | D.A.V.C. |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (a)(1)(A)(v)(II), and Title 18, United States Code, Section 2.

Pursuant to Title 8, United States Code, Sections 1324(a)(1)(B)(i) and (a)(1)(B)(iv), it is further alleged that the offense was done for the purpose of commercial advantage and private financial gain and resulted in the death of any person.

### COUNTS 8–10
**Attempt to Bring Aliens into the United States for Commercial and Private Financial Gain**
**(8 U.S.C. § 1324(a)(2)(B)(ii))**

On or about November 16, 2022, within the Special Maritime and Territorial Jurisdiction of the United States, and elsewhere, with Highlands County, in the Southern District of Florida, being the district in which the defendant was last known to reside, the defendant,

**YAQULELIN DOMINGUEZ-NIEVES,**

did knowingly bring and attempt to bring to the United States an alien, as set forth in Counts 8 through 10 below, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter, and reside in the United States, regardless of any official action which might later be taken with respect to such alien:

| Count | Alien |
|---|---|
| 8 | A.V.A. |
| 9 | S.C.N. |
| 10 | D.A.V.C. |

In violation of Title 8, United States Code, Section 1324(a)(2), and Title 18, United States Code, Section 2.

Pursuant to Title 8, United States Code, Section 1324(a)(2)(B)(ii), it is further alleged that the offense was done for the purpose of commercial advantage and private financial gain.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **YAQULELIN DOMINGUEZ-NIEVES**, has an interest.

2. Upon conviction of a violation of Title 8, United States Code, Section 1324, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6):

    a. any conveyance, including any vessel, vehicle, or aircraft, used in the commission of such offense;

    b. any property, real or personal, that constitutes, or is derived from, or is traceable to any proceeds obtained, directly or indirectly, from the commission of such offense; and

    c. any property, real or personal, that was used to facilitate, or intended to be used to facilitate, the commission of such offense.

All pursuant to Title 18, United States Code, Section 982(a)(6) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

███████████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ZACHARY A. KELLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

YAQULELIN DOMINGUEZ-NIEVES,

_____/
Defendant.

CASE NO.: 24-20223-CR-BLOOM/ELFENBEIN

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

**Court Division** (select one)
☒ Miami    ☐ Key West    ☐ FTP
☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __8__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I   ☐ 0 to 5 days
   II  ☒ 6 to 10 days
   III ☐ 11 to 20 days
   IV  ☐ 21 to 60 days
   V   ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) Yes
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Zachary A. Keller
Assistant United States Attorney
Court ID No.   A5502767

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: YAQULELIN DOMINGUEZ-NIEVES

**Case No**: _____

Count 1:

Conspiracy to Encourage and Induce Aliens and to Bring Aliens into the United States

Title 8, United States Code, Section 1324(a)(1)(v)(I) and (a)(1)(B)(iv)
* **Max. Term of Imprisonment: Death or Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 years**
* **Max. Fine: $250,000**

Counts 2–4:

Encouraging and Inducing Aliens to Enter the United States

Title 8, United States Code, Section 1324(a)(1)(A)(iv), (v)(II), and (a)(1)(B)(iv)
* **Max. Term of Imprisonment: Death or Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 years**
* **Max. Fine: $250,000**

Counts 5–7:

Attempt to Bring Aliens to the United States

Title 8, United States Code, Section 1324(a)(1)(A)(i) and (a)(1)(B)(iv)
* **Max. Term of Imprisonment: Death or Life Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 years**
* **Max. Fine: $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** YAQULELIN DOMINGUEZ-NIEVES

**Case No:** _____

Counts 8–10:

Attempt to Bring Aliens to the United States for Commercial or Private Financial Gain

Title 8, United States Code, Section 1324(a)(2)(B)(ii)
* **Max. Term of Imprisonment: 10 years for each charge, or 15 years for each charge if convicted of all three**
* **Mandatory Min. Term of Imprisonment (if applicable): 3 years for each charge, or 5 years for each charge if convicted of all three**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.